UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK GONZALES, | ) | 1: 06 CV F 1657 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | PURSUANT TO PLAINTIFF'S |
| v. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL |
| SCHWARZENEGGER, | ) | (DOC # 3) |
| | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint.

On December 6, 2006, plaintiff filed a request that the Court review its docket to determine whether the Court had received his complaint in case number CV 06-1417 OWW WMW. Plaintiff was not sure if the Court had received this case. If the case is on the Court's docket, plaintiff requests that the present action be dismissed as duplicative.

The Court has reviewed its docket and finds that case number CV 06-1417 OWW WMW is on the docket and further that the allegations in the complaint are duplicative of the allegations in the present case. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with

1 the complaint, thus they have not filed an answer or other responsive pleading.

2     Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal
3 and the Clerk of Court is directed to close the file in this action.

4 IT IS SO ORDERED.

5 **Dated:**   **December 14, 2006**          **/s/ Oliver W. Wanger**
  emm0d6                                    UNITED STATES DISTRICT JUDGE